

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Edward Beezley, Appellant

No. 06-13-00019-CV      v.

Sue McClure and Robert L. McClure, Jr., Appellees

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV 39,927). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, John Edward Beezley, pay all costs of this appeal.

RENDERED JULY 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk